UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-8331-WM

UNITED STATES OF AMERICA

vs.

Jhonny PEREZ-SANCHEZ,
a/k/a "Terezo Lopez,"

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? Yes ___ No _X_

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? Yes ___ No _X_

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? Yes ___ No _X_

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _/s/ Susan Osb_____
Susan R. Osborne
Assistant United States Attorney
Court No. A5500797
500 South Australian Ave, Suite 400
West Palm Beach, Florida 33401
TEL (561) 209-1003

Case 9:20-mj-08331-WM   Document 1   Entered on FLSD Docket 10/01/2020   Page 2 of 6

FILED BY KJZ D.C.
Oct 1, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Jhonny PEREZ-SANCHEZ,<br>a/k/a "Terezo Lopez,"<br><br>Defendant(s) | )<br>)<br>)   Case No.  20-8331-WM<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 25, 2020,__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Task Force Officer, HSI
Printed name and title

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1, this __1st__ day of October 2020.

Date: __October 1, 2020__

_____
Judge's signature

City and state: __West Palm Beach, FL__     William Matthewman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with Homeland Security Investigations (HSI), and also a Deportation Officer with Immigration and Customs Enforcement, and have been so employed for over seventeen years. I am currently assigned to HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jhonny PEREZ-SANCHEZ, also known as Terezo LOPEZ, committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about July 25, 2020, Jhonny PEREZ-SANCHEZ was arrested in Palm Beach County, Florida on charges of domestic battery, driving while license suspended with knowledge, and violation of probation in two separate misdemeanor cases. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system

1

with a positive match for an individual previously removed from United States, that is Jhonny PEREZ-SANCHEZ.

4. A review of the immigration alien file assigned to Jhonny PEREZ-SANCHEZ show that he is a native and citizen of Guatemala. Records further show that on or about May 20, 2014, Jhonny PEREZ-SANCHEZ was ordered removed. The Order of Removal was executed on or about July 9, 2014, whereby Jhonny PEREZ-SANCHEZ was removed from the United States and returned to Guatemala.

5. I scanned Jhonny PEREZ-SANCHEZ's fingerprints taken in connection with his July 25, 2020 arrest in Palm Beach County into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Jhonny PEREZ-SANCHEZ.

6. I performed a record check in the Computer Linked Application Informational Management System to determine if Jhonny PEREZ-SANCHEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Jhonny PEREZ-SANCHEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about July 25, 2020, Jhonny PEREZ-SANCHEZ, an alien who

2

has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1, this __1st__ day of October 2020.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: Jhonny PEREZ-SANCHEZ, a/k/a "Terezo Lopez,"
Case No: 20-8331-WM

Count #: 1

Illegal re-entry after removal

Title 8 U.S.C. § 1326(a)

\* **Max.Penalty**: up to 2 years of imprisonment; 1 year of supervised release; a $250,000 fine, and a mandatory $100 special assessment